IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DINO PUMA and JENNIFER A PUMA,      No   C 08-80038 MISC VRW

     Petitioners,                ORDER TO SHOW CAUSE

     v

UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE and
MATTHEW P BENNETT, Revenue
Officer, IRS,

     Respondents.
_____/

     Petitioners move this court to quash four Internal Revenue Service third-party administrative summonses issued to Umpqua Bank, Washington Mutual Bank, US Bank and Bank of America. Petitioners assert that the subpoenae violate 26 USC §§ 6065, 7603(a) and 12 USC §§ 3403, 3405. Petitioners also claim the summons are redundant and were issued in bad faith.

1    Petitioners appear to have served respondents on March
2 14, 2008, in compliance with 26 USC § 7609(b)(2)(B).  The court has
3 received no response from respondents.  Accordingly, respondents
4 are ORDERED TO SHOW CAUSE in writing by May 14, 2008, why the
5 subpoenae should not be quashed or otherwise respond.

8    IT IS SO ORDERED.

    _____
    **VAUGHN R WALKER**
    **United States District Chief Judge**