```
JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for United States of America
```

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DINO PUMA and JENNIFER A. PUMA, ) ) | No. 08-80038 MISC VRW |
| Petitioners, ) ) | |
| v. ) ) | |
| UNITED STATES OF AMERICA, ) INTERNAL REVENUE SERVICE and ) MATTHEW P. BENNETT, Revenue Officer, ) IRS ) ) | **CERTIFICATE OF SERVICE** |
| Respondents. ) | |

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

**ADMINISTRATIVE MOTION BY UNITED STATES FOR LEAVE TO LATE FILE RESPONSE TO ORDER TO SHOW CAUSE; MOTION TO DISMISS PETITION TO QUASH; MOTION TO COMPEL COMPLIANCE WITH SUMMONSES and [proposed] ORDER; and NOTICE OF HEARING ON MOTION TO ENFORCE SUMMONSES AND MOTION TO ENFORCE SUMMONSES AND OPPOSITION TO PETITION TO QUASH SUMMONSES**

1  to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed
2  envelope, and served as follows:
3  __X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
4  the designated area for outgoing U.S. mail in accordance with this office's practice.
5  ____   **PERSONAL SERVICE (BY MESSENGER)**
6  ____   **FACSIMILE (FAX)** No.: _____
7  to the parties addressed as follows:

8  DINO PUMA
   716 POPE COURT
9  ROSEVILLE, CA 95747

10 JENNIFER PUMA
   716 POPE COURT
11 ROSEVILLE, CA 95747

12      I declare under penalty of perjury under the laws of the United States that the foregoing is
13 true and correct.
14      Executed on **June 30, 2008** at San Francisco, California.

17                                           /s/ Kathy Tat
                                             **KATHY P. TAT**
18                                           **Legal Assistant**