```
JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DINO PUMA and JENNIFER A. PUMA,       ) | No. 08-80038 MISC VRW |
|      **Petitioners,**                                       ) | |
| v.                                                                 ) | |
|                                                                       ) | ADMINISTRATIVE MOTION BY |
|                                                                       ) | UNITED STATES FOR LEAVE TO |
| UNITED STATES OF AMERICA,                    ) | LATE FILE RESPONSE TO |
| INTERNAL REVENUE SERVICE and        ) | ORDER TO SHOW CAUSE; |
| MATTHEW P. BENNETT, Revenue Officer, ) | MOTION TO DISMISS PETITION |
| IRS                                                                 ) | TO QUASH; MOTION TO |
|                                                                       ) | COMPEL COMPLIANCE WITH |
|                                                                       ) | SUMMONSES and ~~[proposed]~~ |
|                                                                       ) | ORDER |
|      **Respondents.**                                  ) | |

COMES NOW the United States of America, by and through its undersigned counsel, pursuant to Rule 7-11 of the Civil Local Rules for the Northern District of California and moves this Court to allow the late filing of this Response to Order to Show Cause and to separately late file it's Motion to Dismiss Petition to Quash and Motion to Compel Compliance with Summonses.

STATEMENT OF RELEVANT FACTS

1. This is a civil action brought by the Petitioners to quash Internal Revenue Service summonses to third-party record keepers for financial records to determine their tax liability for the tax years 2004 through 2006, years for which no federal income tax returns were filed by the

1  Petitioners.

2      2. Petitioners filed their Motion to Quash the Summonses on March 17, 2008, and served a copy thereof by certified mail upon the United States Attorney which was received on March 17, 2008.

5      3. This Court issued an Order to Show Cause why the Petition to Quash should not be granted ordering a response by May 14, 2008. The Order to Show Cause was to be mailed by the Petitioners to the Respondents. See Docket Entry #3.

8      4. It appears that the Petitioners properly served the United States with the Petition to Quash; however, it does not appear that the Order to Show Cause was sent to the United States Attorney.

11      5. Counsel for the United States mistakenly thought the Petition was improperly served upon the United States and did not receive a copy of the Order to Show Cause. Counsel for the United States apologizes for this misunderstanding.

14      6. The United States seeks leave to late file this Response to Order to Show Cause and to separately late file Motion to Dismiss Petition to Quash and Motion to Compel Compliance with Summonses.

## **CONCLUSION**

FOR THE REASONS SET FORTH ABOVE, the United States respectfully requests leave to file this Response to Order to Show Cause and to separately late file Motion to Dismiss Petition to Quash and Motion to Compel Compliance with Summonses.

Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney

Dated: June 27, 2008          /s/ Cynthia Stier
                                    CYNTHIA STIER
                                    Assistant United States Attorney
                                    Tax Division

US Admin. Motion for Leave to
File Late Resp. To Order to Show Cause,
Motion to Dismiss Petition to Quash,
Case No. 08-80038-Misc.- VRW    2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS HEREBY ORDERED** that the United States is granted leave to file this Response |
| 3 | to Order to Show Cause and to separately late file Motion to Dismiss Petition to Quash and |
| 4 | Motion to Compel Compliance with Summonses. |
| 6 | Dated: 6/30/2008 |

GRANTED

Judge Vaughn R Walker

US Admin. Motion for Leave to
File Late Resp. To Order to Show Cause,
Motion to Dismiss Petition to Quash,
Case No. 08-80038-Misc.- VRW

3