UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO PUMA et al, | Case Number: C08-80038  (MISC) VRW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| USA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia Lewis Stier - enotified
United States Attorney's Office
450 Golden Gate Avenue
9th Floor
Box 36055
San Francisco, CA 94102

Dino Puma
716 Pope Court
Roseville, CA 95747

Jennifer Puma
716 Pope Court
Roseville, CA 95747

Dated: June 30, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*