1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7017

7  Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **DINO PUMA and JENNIFER A. PUMA,** | Case No. 08-80038-MISC-VRW |
| Petitioners | **DECLARATION OF CYNTHIA STIER IN SUPPORT OF MOTION TO DISMISS MOTION TO QUASH** |
| v. | |
| **UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE and MATTHEW P. BENNETT, Revenue Officer, IRS** | |
| Defendant. | |

I, Cynthia Stier, do hereby declare as follows:

   1.   I am an Assistant United States Attorney for the Northern District of California, and in such capacity represent the defendant, the United States of America, in this action. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto. The document attached hereto, Summonses to Bank of America, US Bank, Washington Mutual Bank and Umpqua Bank, were provided to me by the Internal Revenue Service in the course of my defense of this action. Exhibits 1, 2, 3 and 4, respectively.

//

//

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.
3  Executed on *September 5, 2008*.

4

5                                                              Respectfully submitted,

6                                                               */S/ Cynthia Stier*
                                                                CYNTHIA STIER
7                                                               Assistant U.S. Attorney

**Puma v. US,**
**Case No. 08-80038-MISC-VRW**
**Declaration of Cynthia Stier**
**in Support of Motion to Dismiss**
**Motion to Quash**                    2

# Financial Records
# Summons

In the matter of __Jennifer A Jones Aka Jennifer Puma__
Internal Revenue Service *(Identify Division)* __Small Business/Self Employed - California Area__
**Periods:** __December 31, 2003, December 31, 2004, December 31, 2005 and December 31, 2006__

## The Commissioner of Internal Revenue

**To:** __Bank of America  Subpoena Processing__
**At:** __PO Box 3609, Dept 5473 CA 9-7-5-05-19, Los Angeles, CA 90051__

You are hereby summoned and required to appear before __Jeffrey Bennett__, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the taxpayer identified above for the periods shown.

**Copies of documents and records that you possess or control that concern banking matters of the taxpayer named above, as described in the subparagraphs checked below for the periods shown:**

☐ Bank signature cards in effect of *(Entity Name)*_____
   from  to

☐ Corporate resolutions in effect of *(Entity Name)*_____
   from  to

☒ Bank statements of *(Entity Name)* __Jennifer A Jones Aka Jennifer Puma__
   from January 1, 2003 to December 31, 2007

☐ *(Number)*__ Cancelled checks issued by taxpayer for *(Entity Name)*_____
   during each month of the period from  to

☐ Loan applications, agreements, and related records, *(including corporate financial statements)*, submitted by, entered into by, or in effect regarding *(Entity Name)*_____
   from  to

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

__4330 Watt Ave SA-4307, Sacramento, CA  95821  916-974-5127__

**Place and time for appearance:** At __Return service by mail__

**IRS**

on the __25th__ day of __March__, __2008__ at __9:00__ o'clock __A__ m.

Issued under authority of the Internal Revenue Code this __26__ day of __February__, __2008__

Department of the Treasury
Internal Revenue Service
www.irs.ustreas.gov
Form 6639 (Rev.7-2000)
Catalog Number 25400I

_Jeffrey Bennett_
Signature of issuing officer

_Stephanie Hart_
Signature of Approving Officer *(if applicable)*

__Revenue Officer__
Title

_Acting_
__Group Manager__
Title

**EXHIBIT __1__**

Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 2-26-08 | |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☑ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _See front_

| Signature | Title |
|---|---|
| Jeffrey Bennett | RO |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served that are excepted from the third-party notice requirement of IRC Section 7609.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 6639) to the person named below on the date and in the manner indicated.

Date of giving Notice: 2-26-2008         Time: 1:55 pm

Name of Noticee: Jennifer Jones

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☑ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| Jeffrey Bennett | RO |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form **6639** (Rev. 7-2000)



# Financial Records
# Summons

In the matter of  Dino Puma
Internal Revenue Service *(Identify Division)*  Small Business/Self Employed - California Area
Periods:  December 31, 2004, December 31, 2005 and December 2006

**The Commissioner of Internal Revenue**

To:  US Bank
At:  PO Box 5220, Cincinnati, OH 45201

You are hereby summoned and required to appear before Jeffrey Bennett, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the taxpayer identified above for the periods shown.
**Copies of documents and records that you possess or control that concern banking matters of the taxpayer named above, as described in the subparagraphs checked below for the periods shown:**

☐ Bank signature cards in effect of *(Entity Name)*___
  from  to

☐ Corporate resolutions in effect of *(Entity Name)*___
  from  to

☒ Bank statements of *(Entity Name)* Dino Puma
  from January 1, 2004 to December 31, 2007

☐ *(Number)* Cancelled checks issued by taxpayer for *(Entity Name)*___
  during each month of the period from  to

☒ Loan applications, agreements, and related records, *(including corporate financial statements)*, submitted by, entered into by, or in effect regarding *(Entity Name)* Dino Puma
  from  January 1, 2004 to December 31, 2007

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

4330 Watt Ave SA-4307, Sacramento, CA  95821  916-974-5127

Place and time for appearance: At  respond by mail

**IRS**   on the  25th  day of  March , 2008  at  9:00  o'clock  A  m.
Issued under authority of the Internal Revenue Code this  26  day of  February , 2008

Department of the Treasury
Internal Revenue Service
www.irs.ustreas.gov
Form 6639 (Rev.7-2000)
Catalog Number 25400I

_____ Signature of Issuing officer
_____ Signature of Approving Officer *(if applicable)*

Revenue Officer
Title

Acting Group Manager
Title

**EXHIBIT 2**

Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 2-26-2008 | |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☑ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _See front_

| Signature | Title |
|---|---|
| Jeffrey Bennett | RO |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served that are excepted from the third-party notice requirement of IRC Section 7609.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 6639) to the person named below on the date and in the manner indicated.

Date of giving Notice: 2-26-08         Time: 1:55 pm
Name of Noticee: Din Puma
Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☑ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| Jeffrey Bennett | RO |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form **6639** (Rev. 7-2000)



# Financial Records
# Summons

**In the matter of** Dino Puma
**Internal Revenue Service** *(Identify Division)* Small Business/Self Employed - California Area
**Periods:** December 31, 2004. December 31, 2005 and December 31, 2006

## The Commissioner of Internal Revenue

**To:** Washington Mutual Bank
**At:** 5180 Foothills Blvd Ste 100, Roseville, CA 95747

You are hereby summoned and required to appear before Jeffrey Bennett, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the taxpayer identified above for the periods shown.
**Copies of documents and records that you possess or control that concern banking matters of the taxpayer named above, as described in the subparagraphs checked below for the periods shown:**

☐ Bank signature cards in effect of *(Entity Name)*_____
   from  to

☐ Corporate resolutions in effect of *(Entity Name)*_____
   from  to

☒ Bank statements of *(Entity Name)* Dino Puma
   from January 1, 2004 to December 31, 2007

☐ *(Number)* Cancelled checks issued by taxpayer for *(Entity Name)*_____
   during each month of the period from  to

☒ Loan applications, agreements, and related records, *(including corporate financial statements)*, submitted by, entered into by, or in effect regarding *(Entity Name)* Dino Puma
   from January 1, 2004 to December 31, 2007

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

4330 Watt Ave SA-4307, Sacramento, CA 95821 916-974-5127

**Place and time for appearance: At** can respond by mail

**IRS**

on the 25th day of March, 2008 at 9:00 o'clock A m.

Issued under authority of the Internal Revenue Code this 26 day of February, 2008

Department of the Treasury
Internal Revenue Service
www.irs.ustreas.gov
Form 6639 (Rev.7-2000)
Catalog Number 25400I

*Signature of issuing officer* — Jeffrey Bennett

*Signature of Approving Officer (if applicable)* — Stephanie Hart

Revenue Officer
   Title

Acting Group Manager
   Title

**EXHIBIT 3**

Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 2-26-08

Time: 1:00 pm

**How Summons Was Served**

1. ☑ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed. Morgan Steel Operations Supervisor

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

Signature: Jeffrey Bennett

Title: RO.

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served that are excepted from the third-party notice requirement of IRC Section 7609.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 6639) to the person named below on the date and in the manner indicated.

Date of giving Notice: 2-26-08

Time: 1:55 pm

Name of Noticee: Dino Puma

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☑ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

Signature: Jeffrey Bennett

Title: RO

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____

Title: _____

Form **6639** (Rev. 7-2000)



# Financial Records
# Summons

In the matter of  Dino Puma
Internal Revenue Service *(Identify Division)*  Small Business/Self Employed - California Area
Periods:  December 31, 2004, December 31, 2005 and December 31, 2006

### The Commissioner of Internal Revenue

To:  Umpqua Bank
At:  1050 Pleasant Grove Blvd Ste 1, Roseville, CA 95678

You are hereby summoned and required to appear before Jeffrey Bennett, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the taxpayer identified above for the periods shown.
**Copies of documents and records that you possess or control that concern banking matters of the taxpayer named above, as described in the subparagraphs checked below for the periods shown:**

☐ Bank signature cards in effect of *(Entity Name)*_____
   from  to

☐ Corporate resolutions in effect of *(Entity Name)*_____
   from  to

☒ Bank statements of *(Entity Name)*  Dino Puma
   from January 1, 2004 to December 31, 2007

☐ *(Number)*_ Cancelled checks issued by taxpayer for *(Entity Name)*_____
   during each month of the period from  to

☒ Loan applications, agreements, and related records, *(including corporate financial statements)*, submitted by, entered into by, or in effect regarding *(Entity Name)*  Dino Puma
   from  January 1, 2004 to December 31, 2007

### Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:

4330 Watt Ave SA-4307, Sacramento, CA  95821  916-974-5127

**Place and time for appearance: At**  respond by mail

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.ustreas.gov
Form 6639 (Rev.7-2000)
Catalog Number 25400I

on the  25th  day of  March , 2008  at  9:00  o'clock  A m.
Issued under authority of the Internal Revenue Code this  26 day of  February, 2008

_Jeffrey Bennett_
Signature of issuing officer

_Stephanie Hart_
Signature of Approving Officer *(if applicable)*

Revenue Officer
Title

Acting Group Manager
Title

**EXHIBIT  4**

Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 2-26-08     Time: 12:40

**How Summons Was Served**

1. ☑ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed. Handed to Tyler Duncan Universal Associates

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

Signature: Jeffrey Bennett     Title: RO

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served that are excepted from the third-party notice requirement of IRC Section 7609.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 6639) to the person named below on the date and in the manner indicated.

Date of giving Notice: 2-26-08     Time: 1:55 pm
Name of Noticee: Dino Pumo
Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☑ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

Signature: Jeffrey Bennett     Title: RO

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____     Title: _____

Form **6639** (Rev. 7-2000)