```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California 94102
     Telephone: (415) 436-7000
5
   Attorneys for United States of America
6
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE
9                 NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO DIVISION
```

| | |
|---|---|
| DINO PUMA and JENNIFER PUMA, ) | No. C-08-80038-VRW |
| PETITIONERS, ) | |
| ) | APPLICATION AND [proposed] |
| ) | ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, ) | |
| INTERNAL REVENUE SERVICE, ) | |
| and MATTHEW P. BENNETT, ) | |
| ) | |
| RESPONDENTS. ) | |

Petitioner, Dino Puma, pro se, has requested that the Petition to Quash IRS Third Party Summonses be withdrawn. See Exhibit 1, submitted herewith. The United States of America and Jeffrey Bennett, Revenue Officer, hereby request that it's Motion to Enforce the Third Party Summonses be withdrawn and that this action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

JOSEPH RUSSONIELLO
United States Attorney

Dated: September 18, 2008           /s/ Cynthia Stier
                                    CYNTHIA STIER
                                    Assistant United States Attorney
                                    Tax Division

**ORDER**

Upon the request of the petitioner, Dino Puma, and the United States of America, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

**ORDERED** this 9th day of October, 2008, at San Francisco, California.

VAUGHN R. WALKER
United States District Judge

IT IS SO ORDERED
Judge Vaughn R Walker

**Application and [proposed]
Order of Dismissal,
Puma v. US,
Case No. C-08-80038-VRW**

2